**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                              **CASE NO. 4:23-CR-00276-BSM-30**

**CHAZZ EUGENE DAVIS**                                              **DEFENDANT**

**ORDER**

Chazz Davis's motion to dismiss, objection to continuance, and demand for a speedy trial [Doc. No. 800] is denied.  While Davis's objection to the most recent continuance and any further continuances is noted, it is overruled because a continuance requested by a co-defendant does not violate Davis's right to a speedy trial.  *See United States v. Patterson*, 140 F.3d 767, 772 (8th Cir. 1998) ("Where multiple defendants are joined for trial and no motion for severance has been granted, . . . exclusions of time attributable to one defendant apply to all codefendants.").

IT IS SO ORDERED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE